UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HASSAN MUHAMMAD,

                        Plaintiff,

                  -against-                      **AFFIDAVIT OF SERVICE**

CITY OF NEW YORK; Detective JOSE
CHEVERE, Shield No. 1505; and JOHN        17 CV 625 (AJN)
and JANE DOES 1 through 10,

                      Defendants.
------------------------------------------------------------x

I, Dorothy R. Haase, being duly sworn deposes and says:

        1.     I am not party to this action, I am 18 years of age, and reside in the State of New York.

        2.     On January 31, 2017, at approximately 10:18 a.m., I served the summons and complaint along with the required releases upon the City of New York by delivering a copy of same to a person of suitable age and discretion, a window clerk, at defendant's actual place of business within the state, 100 Church Street, New York, New York 10007.

Dated: New York, New York
February 8, 2017

_____
Dorothy R. Haase


Sworn to me on the 8th day of February 2017

_____
NOTARY PUBLIC

[Notary Seal: GABRIEL HARVIS, NOTARY, NO. 02HA619800, QUALIFIED IN NEW YORK COUNTY, COMM. EXP. 11/17/2016, STATE OF NEW YORK]