UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
HASSAN MUHAMMAD,

                               Plaintiff,

            -against-

CITY OF NEW YORK; Detective JOSE CHEVERE, Shield No. 1505; and JOHN and JANE DOE 1 through 10,

                               Defendants.
------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

17-CV-625 (AJN)

       **PLEASE TAKE NOTICE** that **Evan Brustein**, Senior Counsel, on behalf of the Corporation Counsel of the City of New York, Zachary Carter, appears herein as counsel of record for defendant City of New York in this action, and demands that all notices and other papers be served upon defendant at this office.

Dated:  New York, New York
         February 17, 2017

                                                      ZACHARY CARTER
                                                        Corporation Counsel
                                                       of the City of New York
                                                       *Attorney for Defendant City*
                                                       100 Church Street, Rm. 3-153
                                                       New York, New York 10007
                                                       (212) 356-2651

                                                       By:        /s/_____
                                                                  Evan Brustein
                                                                  Senior Counsel

To:     <u>BY ECF</u>
         Gabriel P. Harvis, Esq.