USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 15 2017

# Harvis & Fett

**GABRIEL P. HARVIS**
**BAREE N. FETT**

> SO ORDERED:
>
> [signature] 5/12/17
> HON. ALISON J. NATHAN
> UNITED STATES DISTRICT JUDGE
>
> May 11, 2017
>
> The parties' joint motion for an extension of time to apply for an exemption from Local Rule 83.10 or referral to the United States Magistrate Judge is GRANTED. Any such applications shall be submitted no later than May 25, 2017.
>
> SO ORDERED.

BY ECF
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Hassan Muhammad v. City of New York, et al.*, 17 CV 625 (AJN)

Your Honor:

I represent plaintiff Hassan Muhammad in the above-referenced action. I write pursuant to Local Civil Rule ("LR") 83.10 jointly with defendants to respectfully request an extension of the deadline for the parties to request exemption from the plan or referral to a magistrate judge under LR 83.10(4)(a). I apologize for the untimeliness of the request.

Pursuant to Local Rule 83.10(7), defendants' response to plaintiff's settlement demand was due on May 4, 2017. Plaintiff consented to an extension until today, which is also the deadline under LR 83.10 to seek exemption or referral to a magistrate judge in lieu of mediation. Defendants have indicated that they have not yet had an opportunity to fully consider plaintiff's demand and the parties have agreed to revisit the issue one week from today, on May 18, 2017. If it should please the Court, plaintiff would like to learn defendants' general position on settlement when considering whether a request for exemption from LR 83.10 (or referral to a magistrate judge) is warranted.

Accordingly, the parties respectfully request that their deadline to apply for exemption or referral be extended from today until May 25, 2017. Thank you for your consideration of this request.

Respectfully submitted,

[signature]

Gabriel P. Harvis

cc: Evan Brustein, Esq.

305 BROADWAY 14TH FLOOR » NEW YORK » NEW YORK 10007 « 212.323.6880 « FAX 212.323.6881

www.civilrights.nyc