["

# EXHIBIT 1

