UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Hassan Muhammad,

          Plaintiff,

–v–

The City of New York, *et al.*,

          Defendants.

17 Civ. 625 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The Court is no longer available to hold a conference in this matter on September 8, 2017. As such, the initial pretrial conference is hereby rescheduled for Friday, September 22, 2017 at 2:45 P.M. in **Courtroom 906** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.

    SO ORDERED.

Dated: August 7, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 7 2017