

**T**HE **C**ITY OF **N**EW **Y**ORK

**L**AW **D**EPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

EVAN BRUSTEIN
*Senior Counsel*
Phone: (212) 356-2651
Fax: (212) 356-3509
ebrustei@law.nyc.gov

September 8, 2017

**BY ECF**
Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Hassan Muhammad v. City of New York, et. al., 17 CV 625 (AJN)

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Detective Jose Chevere, Sergeant Timothy Jaycox, Detective Antonio Esparra, Detective Frank Monge, Sergeant Michael Lopuzzo, Sergeant Hector Fuentes, and retired Detective Bart Snyder in the above-referenced matter. Defendants write with the consent of plaintiff's counsel, Gabriel P. Harvis, Esq., to respectfully request that the Initial Conference, scheduled for September 22, 2017 be rescheduled to October 10, 2017, October 11, 2017, October 12, 2017, or a date and time convenient for the Court.

By way of background, plaintiff brings this action alleging that, inter alia, he was falsely arrested and maliciously prosecuted. The initial conference is currently scheduled for September 22, 2017, which is Rosh Hashanah. I will be unable to attend this conference due to the Jewish Holiday. Additionally, the undersigned is scheduled to commence trial in the matter of Cooper v. Dieugenia, et al., 14-CV-6136 (PKC) (RLM), before the Honorable Judge Pamela K. Chen, United States District Judge in the Eastern District on October 2, 2017. The trial is estimated to last three days.

Based on the foregoing, Defendants respectfully request the Court adjourn the September 22, 2017 Initial Conference to October 10, 2017, October 11, 2017, or October 12, 2017, when counsel for both parties are available, or to a date and time convenient for the Court.

Defendants thank the Court for its time and consideration.

>Respectfully submitted,
>/s/
>Evan Brustein
>Senior Counsel
>Special Federal Litigation Division

CC:   Gabriel P. Harvis, Esq. (BY ECF)