

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

EVAN BRUSTEIN
*Senior Counsel*
Phone: (212) 356-2651
Fax: (212) 356-3509
ebrustei@law.nyc.gov

September 29, 2017

**BY ECF**
Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  Hassan Muhammad v. City of New York, et. al., 17 CV 625 (AJN)

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Detective Jose Chevere, Sergeant Timothy Jaycox, Detective Antonio Esparra, Detective Frank Monge, Sergeant Michael Lopuzzo, Sergeant Hector Fuentes, and retired Detective Bart Snyder in the above-referenced matter.  Pursuant to the Court Order dated August 7, 2017, I write to notify the Court that Detective Rodriguez will return to work on October 4, 2017.

By way of background, plaintiff alleges, *inter alia*, that he was maliciously prosecuted on attempted murder charges, in connection with a shooting that occurred on or about September 15, 2015.  On August 7, 2017, this Court granted Defendants' motion to *sua sponte* enlarge the time within which Detective Jesus Rodriguez may answer or otherwise respond to the Amended Complaint from August 4, 2017 to and including 30 days after this Office is notified that Detective Rodriguez has returned from medical leave.  See Court Order, dated August 7, 2017, Civil Docket Report, at Document No. 47.  Defendants have informed plaintiff that Detective Rodriguez has been cleared to return to work on October 4, 2017.  Pursuant to the Court's August 7, 2017 Order, Detective Rodriguez's response to the Amended Complaint is due by November 3, 2017.

Defendants thank the Court for its time and consideration.

                                                          Respectfully submitted,

                                                                      /s/

                                                          Evan Brustein
                                                          Senior Counsel
                                                          Special Federal Litigation Division

CC:    Gabriel P. Harvis, Esq. (BY ECF)