
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 1 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hassan Muhammad,

Plaintiff,

–v–

The City of New York, *et al.*,

Defendants.

17 Civ. 625 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On September 8, 2017, Plaintiff Hassan Muhammad filed a motion for a protective order. Dkt. Nos. 49-51. In Plaintiff's motion, he reports that on August 2, 2017 an unidentified detective, whom Plaintiff recognized from the events at issue in his complaint and whom he believes to be an individual defendant in this matter, approached him and made taunting comments about this litigation. *See* Dkt. No. 50 at 1-2. Plaintiff reports feeling intimidated by this encounter. *Id.* at 2. Accordingly, Plaintiff requests a protective order pursuant to Federal Rule of Civil Procedure 26(c) "to prohibit the defendants (or anyone acting on their behalf) from initiating contact with plaintiff for the purposes of discussing or commenting on this litigation." *Id.* at 3-4.

As Defendants note in their letter in opposition, *see* Dkt. No. 53, Rule 26(c) is directed at protective orders related to the scope and terms of discovery, and would be misapplied to Plaintiff's present request, which is unrelated to discovery. None of the cases cited by Plaintiff in his initial memorandum of law nor his reply memorandum of law suggest otherwise. *See* Dkt. Nos. 50, 54.

Nonetheless, Defendants are advised that there shall be no contact or communication

regarding this litigation with Mr. Muhammad directly. Rather, Plaintiff should be contacted only through counsel. Incidents such as the one alleged here are highly inappropriate. Defense counsel is obligated to ensure compliance with this Order.

SO ORDERED.

Dated: October 11, 2017
New York, New York

ALISON J. NATHAN
United States District Judge