AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Hassan Muhammad )<br>*Plaintiff* )<br>v. )<br>City of New York, et al )<br>*Defendant* ) | Case No. 17 CV 625 (WHP) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party, Bronx County District Attorney's Office

Date:   10/25/2017

*Attorney's signature*

Beverly M. Ma (BM0642)
*Printed name and bar number*
Assistant Distrist Attorney
Office of the District Attorney, Bronx County
215 East 161st Street
Bronx, NY 10451

*Address*

mab@bronxda.nyc.gov
*E-mail address*

(718) 838-7302
*Telephone number*

(718) 500-6013
*FAX number*