UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
HASSAN MUHAMMAD,                                         :

                          Plaintiff,                     :

                -against-                           :       **ORDER**

CITY OF NEW YORK; Detective JOSE                         :       17-CV-625 (AJN) (KNF)
CHEVERE, Shield No. 1505; Sergeant
TIMOTHY JAYCOX, Shield No. 4836;                         :
Detective JESUS RODRIGUEZ, Shield No.
4220; Detective ANTONIO ESPARRA,                         :
Shield No. 5963; Detective FRANK MONGE,
Shield No. 4670; Sergeant MICHAEL                        :
LOPUZZO, Shield No. 3261; Sergeant
HECTOR FUENTES, Shield No. 02736;                        :
Detective BART SNYDER, Shield No. 4532;
Correction Officer MILLER, Shield No. 8660;              :
Captain BRAMWELL, Shield No. 360; and
JOHN and JANE DOE 1 through 10,                          :

                         Defendants.                  :
------------------------------------------------------------ X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On November 2, 2017, the assigned district judge ordered that "Plaintiff's request for a *Dunton* hearing, *see* Docket No. 68 . . . be addressed by the Magistrate [Judge]." Docket Entry No. 73. At the October 27, 2017 conference, the plaintiff represented to the assigned district judge that he needed "30 days" to prepare his request for a *Dunton* hearing and the defendants represented that they needed "three weeks" to respond because counsel has "a trial scheduled for December 14." The plaintiff made his application on November 1, 2017. The defendants shall respond on or before November 22, 2017, and any reply shall be made on or before November 29, 2017.

Dated: New York, New York
         November 16, 2017                     SO ORDERED:

                                                                _____
                                                                KEVIN NATHANIEL FOX
                                                                UNITED STATES MAGISTRATE JUDGE