UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HASSAN MUHAMMAD,

           Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

           Defendant.
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/17
```

**ORDER**
17 CV 625 (AJN) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephone conference shall be held in the above-captioned case on December 7, 2017, at 2:00 p.m. Counsel to the plaintiff shall initiate the call.

Dated: New York, New York
       November 17, 2017

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE