UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hassan Muhammad,

        Plaintiff,

–v–

The City of New York, *et al.*,

        Defendants.

17 Civ. 625 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's Order at the October 27, 2017 initial pretrial conference, the parties were expected to file a joint letter with the Court by November 30, 2017, indicating whether they seek referral to the Magistrate Judge or to the District's Mediation Program in order to facilitate settlement discussions. Since then, the action has been referred to Magistrate Judge Fox for general pretrial supervision, which encompasses settlement discussions. Dkt. No. 72.

    Accordingly, the parties are ordered to file a joint letter with the Court no later than December 8, 2017, indicating whether the parties intend to schedule a settlement conference before Judge Fox or seek referral to the Mediation Program.

    SO ORDERED.

Dated: December ___, 2017
       New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge