

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**EVAN BRUSTEIN**
*Senior Counsel*
Tel.: (212) 356-2651
Fax: (212) 356-3509
ebrustei@law.nyc.gov

December 6, 2017

**BY ECF**
Honorable Kevin N. Fox
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>Hassan Muhammad v. City of New York, et al.</u>
15-CV-8825 (LAK) (KNF)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of defendants City of New York, Detective Jose Chevere, Sergeant Timothy Jaycox, Detective Jesus Rodriguez, Detective Antonio Esparra, Detective Frank Monge, Sergeant Michael Lopuzzo, Sergeant Hector Fuentes, and retired Detective Bart Snyder (hereinafter referred to collectively as "Defendants"). I write with the consent of plaintiff's counsel, Gabriel Harvis, Esq., to respectfully advise the Court that the parties have agreed in principle to settle this matter, and are in the process of preparing the necessary settlement paperwork. Accordingly, the parties respectfully request that the telephone conference currently scheduled for December 7, 2017, at 2:00 p.m. be adjourned *sine die*.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Evan Brustein
*Senior Counsel*
Special Federal Litigation Division

cc: Gabriel P. Harvis, Esq. (By ECF)