USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 8 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
HASSAN MUHAMMAD,

                         Plaintiff,

-against-

CITY OF NEW YORK, Detective JOSE CHEVERE, Shield No. 1505; Sergeant TIMOTHY JAYCOX, Shield No. 4836; Detective JESUS RODRIGUEZ, Shield No. 4220; Detective ANTONIO ESPARRA, Shield No. 5963; Detective FRANK MONGE, Shield No. 4670; Sergeant MICHAEL LOPUZZO, shield No. 3261; Sergeant HECTOR FUENTES, Shield No. 02736; Detective BART SNYDER, Shield No. 4532; Correction Officer MILLER, Shield No. 8660; Captain BRAMWELL, Shield No. 360; and JOHN AND JANE DOE 1 through 10,

                         Defendants.
--------------------------------------------------------------- X

RULE 41(a)(1)(A)(ii) STIPULATION OF PARTIAL DISMISSAL AND WITHDRAWAL WITH PREJUDICE (ALL CLAIMS AGAINST JAYCOX, RODRIGUEZ, ESPARRA, MONGE, LOPUZZO, FUENTES, SNYDER, MILLER, and BRAMWELL)

17 CV 625 (AJN) (KNF)

**WHEREAS**, plaintiff commenced this action by filing a Complaint on or about January 26, 2017, and a Second Amended Complaint on November 13, 2017, alleging that defendants violated his federal civil and state common law rights; and

**WHEREAS**, defendants City Chevere, Jaycox, Rodriguez, Esparra, Monge, Lopuzzo, Fuentes, and Snyder have denied any and all liability arising out of plaintiff's allegations;

**WHEREAS**, the parties now desire to resolve certain issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, pursuant to Rule 41(a)(1)(A)(ii), as follows:

1. All claims asserted against defendants Sergeant Timothy Jaycox, Detective Jesus Rodriguez, Detective Antonio Esparra, Detective Frank Monge, Sergeant Michael Lopuzzo, Sergeant Hector Fuentes, retired Detective Bart Snyder, Correction Officer Miller, and Captain Bramwell are hereby dismissed with prejudice, and without costs, expenses or attorneys' fees to either party.

2. The clerk is hereby directed to amend the caption accordingly to remove Sergeant Timothy Jaycox, Detective Jesus Rodriguez, Detective Antonio Esparra, Detective Frank Monge, Sergeant Michael Lopuzzo, Sergeant Hector Fuentes, retired Detective Bart Snyder, Correction Officer Miller, and Captain Bramwell as a defendants.

Dated: New York, New York
_December 7_, 2017

GABRIEL P. HARVIS, ESQ.
*Attorney for plaintiff*

By: _Gabriel P. Harvis_
Gabriel P. Harvis, Esq.
Harvis and Fett LLP
305 Broadway, 14th Floor
New York, New York 10007
(212)323-6880
gharvis@civilrights.nyc

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants City, Chevere, Jaycox, Rodriguez, Esparra, Monge, Lopuzzo, Fuentes, and Snyder*

By: _____
Evan Brustein
Senior Counsel
Special Federal Litigation Division
100 Church Street, Room 3-147
New York, New York 10007
212.356-2651
ebrustei@law.nyc.gov

SO ORDERED:
_____
HONORABLE ALISON J. NATHAN
United States District Judge

12/7/17

- 2 -