UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

HASSAN MUHAMMAD,

                      Plaintiff,

-against-

CITY OF NEW YORK, DETECTIVE JOSE CHEVERE, Shield No. 1505; and JOHN and JANE DOE 1 through 10,

                      Defendants.
---------------------------------------------------------------X

STIPULATION AND ORDER OF DISMISSAL

17-CV-625 (AJN) (KNF)

        WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       December 7, 2017

HARVIS & FETT LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007
212-323-6880

By: *Gabriel P. Harvis*
    Gabriel P. Harvis
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York
  and Chevere*
100 Church Street, 3rd Floor
New York, New York 10007

By: *E.M.*
    Evan Brustein
    *Senior Counsel*

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Dated: Dec 22, 2017

2